**HUNTER PYLE, SBN 191125**
**DANIEL BROME, SBN 278915**
HUNTER PYLE LAW, PC
505 14th Street, Suite 600
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
dbrome@hunterpylelaw.com

Attorneys for Plaintiff
Shruti Mangalmurti

**RONALD J. HOLLAND (SBN 148687)**
**LINDSAY E. HUTNER (SBN 238998)**
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Ronald.Holland@gtlaw.com
Lindsay.Hutner@gtlaw.com

Attorneys for Defendant
SYNOPSYS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHRUTI MANGALMURTI,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC.,<br><br>Defendant | CASE NO. 5:25-cv-10694- SVK<br>ORDER GRANTING<br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed: December 15, 2025 |

Pursuant to Local Rule 6-2, Plaintiff Shruti Mangalmurti ("Plaintiff") and Defendant Synopsys, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, submit the following joint stipulation to modify the briefing schedule for Defendant's Motion to Compel Arbitration (ECF No. 22).

WHEREAS, Defendant filed its Motion to Compel Arbitration on July 17, 2026. Accordingly, Plaintiff's Opposition is currently due on July 31, 2026, and Defendant's Reply is currently due on August 7, 2026. Defendant's Motion is set for hearing on September 29, 2026.

WHEREAS, Because of the range of issues to be addressed in the Opposition and Reply, the Parties have agreed to extend the time to file the Opposition by one week (to August 7, 2026), and the time to file the Reply by one week (to August 21, 2026).

WHEREAS, The Parties agree to keep the hearing for Defendant's motion as scheduled, and under the revised briefing schedule, the Reply will be filed more than five weeks before the hearing. No other scheduling dates will be impacted by this requested modification.

WHEREAS, There have been no Court orders addressing other time modifications in the case. The Parties have agreed to extend the time for Plaintiff to respond to discovery, and for Defendant to respond to the Complaint. (See ECF No. 8.)

**NOW, therefore, the Parties hereby stipulate and agree as follows:**

Plaintiff's Opposition to Defendant's Motion to Compel Arbitration shall be due on or before August 7, 2026.

Defendant's Reply in Support of the Motion to Compel Arbitration shall be due on or before August 21, 2026.

The hearing on Defendant's Motion to Compel Arbitration shall remain on calendar for September 29, 2026.

//

//

//

//

Dated: July 29, 2026

HUNTER PYLE LAW, PC

By: /s/ Daniel Brome
Hunter Pyle
Daniel Brome

Attorneys for Plaintiff
Shruti Mangalmurti

Dated: July 29, 2026

GREENBERG TRAURIG, LLP

By: /s/ Lindsay E. Hutner
Ronald J. Holland
Lindsay E. Hutner

Attorneys for Defendant
SYNOPSYS, Inc.

***

## ATTESTATION

I, Daniel Brome, attest pursuant to Northern District Civil Local Rule 5-1(i)(3) that all signatories on this document agree to the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 29, 2026

/s/ Daniel Brome
Daniel Brome

***

**~~[proposed]~~ ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing therefore, it is hereby ordered that:

Plaintiff's Opposition to Defendant's Motion to Compel Arbitration shall be due on or before August 7, 2026.

Defendant's Reply in Support of the Motion to Compel Arbitration shall be due on or before August 21, 2026.

The hearing on Defendant's Motion to Compel Arbitration shall remain on calendar for September 29, 2026.

Dated: July 30, 2026

Susan van Keulen

Hon. Susan van Keulen
United States Magistrate Judge